RECEIVED

*(Rev. 5/13)*

AUG 0 5 2015

TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
_Shreveport_ DIVISION

Fredrick R. Ross

Plaintiff

Prisoner # 498034

Warden Robert Rachal
Palila Milwee -
Anna Rawson - Steve Hayden
- Dr. Pamala Hearn
Joel williams
william Martin
warden Michelle Dauzant

VS.

Defendant

Civil Action No. __5:15-cv-2148 SecP__

Judge _____

Magistrate Judge _____

COMPLAINT
PRISONER CIVIL RIGHTS UNDER 42 U.S.C. § 1983

I.    **Previous Lawsuits**

a.    Have you begun any other lawsuit while incarcerated or detained in any facility?

Yes ☐    No ☒

b.    If your answer to the preceding question is "Yes," provide the following information.

1.    State the court(s) where each lawsuit was filed (if federal, identify the District, if state court, identify the County or Parish):

_____

_____

2.    Name the parties to the previous lawsuit(s):

Plaintiffs: _____

Defendants: _____

3.    Docket number(s): _____

4.    Date(s) on which each lawsuit was filed: _____

5.    Disposition and date thereof [For example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]:

_____

_____

*(Rev. 5/1/13)*

c. Have you filed any lawsuit or appeal in any federal district court or appeals court which has been dismissed?

Yes ☐ No ☒

If your answer to the preceding question is "Yes," state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

_____

_____

II. a. Name of institution and address of current place of confinement:

David Wade Corr-Center, 670 Bell Hill Rd LA 71040

b. Is there a prison grievance procedure in this institution?

Yes ☒ No ☐

1. Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit?

Yes ☒ No ☐

2. If you did not file an administrative grievance, explain why you have not done so.

_____

_____

3. If you filed an administrative grievance, answer the following question. What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the administrative grievance procedure by appealing to the Secretary of the Louisiana Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?)

I've exhausted A.R.P's to the third step; which all but one's pending have been denied.

Attach a copy of each prison response and/or decision rendered in the administrative proceeding.

III. Parties to Current Lawsuit:

a. Plaintiff, Fredrick R. Ross #498034

Address David Wade Corr. Center, 670 Bell Hill Rd

Homer, LA 71040

*(Rev. 5/1/13)*

b.   Defendant, __Warden Robert Rachal__ , is employed as
__Warden__ at __David wade Correctional Center__

Defendant, __Paula Milwee__ , is employed as
__Nursing officer__ at __David wade Correctional Center__

Defendant, __Dr. Pamala Hearn__ , is employed as
__Head Doctor__ at __David wade Correctional Center__

Additional defendants, __Steve Hayden - Mental Health officer,
Anna Rawson - Chief Medical officer, William Martin
Nursing officer, Joel williams, Nursing officer -__

IV.   **Statement of Claim**

State the **FACTS** of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all persons involved in the incident(s) or condition(s) giving rise to this lawsuit, and the dates upon which and the places where the incident(s) and/or condition(s) occurred. **YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS.**

I am a paranoid schizophrenic and was prescribed the drug Risperdal before my confinement and during. At which time I developed Gynecomastia, femal breast, and excruciating chest pains. During advancing of this condition I was transferred from Jefferson Parish to hunts Correctional Center; than to David wade correctional Center do to facts that I was throwing up blood and complainting about my chest. And was retaliated against with the initial transfer and write up of a rule "3". After being transferred to David wade correctional center, I felled out continuous constant sick call complainting about my condition of chest pains and back pains do to three bulging disc from a car accident that i produced the "M.R.I" for but was also denied treatment →
Continuesly -

Continue.
Page "3" of complaint

During the course of time from February 5, 2014 to now I've been denied medical treatment by the defending parties continuous. Sickcalls have been thrown away by Nursing officers, William Martin and Joel williams often, Dr. Pamala Hearn, has denied me medical help of acknowledgment of back "M.R.I" and advancing to receive one for my excruciating chest pains. She has falsified documents stating I've denied medical help after spending a largely amount on sickcalls with no remedy at all. Just a callout with nothing administrated for pains.

Paula Milwee, the Nursing officer, has continuously followed Dr. Pamala Hearn, lead with rejecting me medical help or acknowledging Nurses, Joel williams, or william Martin dereliction of duties we complainted about.

Continues
        Complaint, pag "3" "2" of "1"


        Anna Rawson, Chief medical officer, was informed at this time by me, but directed me to Steve Hayden, Mental Health officer. Stating Ms. Rawson, that it was a mental Health problem not medical. She was notified numerous times and just stop responding to pleas.
        Steve Hayden, Mental Health officer, at which time as I stated I would inform my family of his dereliction placed me on suicide watch without just caused in freezing cold weather. With instructions to leave facility windows open in front my cell for approximitely six to seven full days of wrongfully placement. He has Since after I filed an A.R.P on him for the matter wrote me up for action of writting an Administrative Remedy Procedure. Which caused me to lose the general population board do to offense of his factitious claims of verbal abuse by inmate. I was not allowed to call any witness's and was disciplined severely. All parties continue to denie me medical attention for unforeseen malice reasons.

                                Fredrick Ross #998034

*(Rev. 5/1/13)*

## V.    Relief

State exactly what you want the court to provide to you or do for you. Make no legal arguments. Cite no cases or statutes.

One would like a Cat scan to visualize the problems causing my chest pains, help concerning my back pains due to my bulging disc, a injunction to stop retaliation and get or to receive a Cat Scan of back and chest, Also asking for Compensatory damages of amount $6,000.00 dollars and punitive damages of amount $54,000.00 dollars - from each defendants

## VI.    Plaintiff's Declaration

a.    I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

b.    I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

c.    If I am located in a prison participating in the Electronic Filing Pilot Program, I consent to receive orders, notices and judgments by Notice of Electronic Filing.

Signed this ___20___ day of ___July___ , 20 _15_ .

___498034___

**Prisoner no. (Louisiana Department of Corrections or Federal Bureau of Prisons)**

___Fredrick R. Ross___

**Signature of Plaintiff**

Page 4 of 4

UNITED STATES DISTRICT
COURT WESTERN DISTRICT
OF LOUISIANA
DIVISION    ShrevePort

Fredrick Ross #498034

Plaintiff

Civil Action No.

V.S
Warden Robert Rachal
Warden Michelle Durſant
Nurring officer Paula Milwee
Chief Medical officer Anna Rawson
officer William Martin
officer Joel Williams
Mental Health advisor Steve Hayden
    Defendant's - Doctor Pamala Hearn

Judge

Magistrate Judge

DECLARATOIN

Declaration. of
Fredrick Ross#498034

page 1

'Continues-

Plaintiff, Fredrick Ross #498034, hereby declares:

I have been incarcerated at, DAvidwade Correctional Center of Louisiana since, February 05, 2014, approximitely. One has been housed in (N1B "Cell #5) to (N3C "Cell #16) to (N4D "cell #16). I am corrently in cell #16 on N4D pod, which ive been continuously having chest and hurtful back pains almost daily. Both chest and back has excruciating stobbing pains that has me unable at times to sleep.

My back has (3) three bulging disc due to a car accident by a drunk driver, and my chest is the cause of taking my prescribe psychotic medication Risperdal for some years, until pain started in the year of (2012). One has produced certified paper forms stating complaints of these conditions and also my back (MRI) also due to facilities needment to show proof of medical conditions.

page 2

Continues

One has been being charged continuesly for sickcalls at Davidwade Correctional Center with no medical care administrated. Over a year approximitely I have been charged for sickcalls and denied medical help by the nursing staff and doctor at wade Correctional Center, in homer Louisiana.

My chest pains and back pains or so intense that even the (6) to (8) asprins a day ~~stop~~ doesn't stop the pains.

Since ive arrived at this facility majority of my sickcalls have came up missing that Joel Williams and William Martin have handled morningliy and emergency sickcall operations where double at times was still charged with no medicine administrated. One has informed all defendants of my medical problem, and they all have continued to ignor my pleas for help. Also falsifying sick callout paperwork Stating I rejected medical attention or was seen for problems with still no (MRI) or do they honor my back (MRI) ive given to them Concerning my bulging disc.

page '3'

Continues

Nursing officer, Paula Milwee has constantly falsified claims of rejection of my asking for medical help alone with Doctor, Pamala Hearn. One is rejected adequate medical attention that is provided under the (5th) Amendment.

Paula Milwee had directed me to Steve Hayden who is a mental Health advisor; who has placed me on suicide wrongfully for asking for help after Ms. Milwee directed me to him. And he has also falsely place me on suicide watch for approximately (7) days with pod windows open in (34°) to 17' below cold weather in a paper gown with no coverings. At which time I wrote Wardan Durzant that's over mental health and was taking off after my mother phoned facility. Warden Robert Rachal over medical also has been notified with no reply to my stating from him, Chief Operational officer Anna Rawson has also directed me to steve Hayden and Paula Milwee. Who in returns redirects me to each other party.

page 4"

Pains in my chest got so bad that I passed out, and was rushed to the Infirmery, yet an (MRI) still was never done, nor any medicine administrated for back and chest pains. Prison officials Master Sergeant Eward Luis, and Sergeant ford affirmed ~~officials~~ that Steve Hayden places inmates wrongly on suicide watch often, but refuse to inform other parties of malice acts.

As of May 29, 2015, I have stop filling out sickcalls do to one constantly being ~~abused~~ charged with no remedy offered by medical staff.

The week of approximitely, 12/6/14 one I was placed on sick call out, yet was given an option to choose my eye doctor appointment or to see Doctor. Hearn, for my back and chest pains. I refused to sign waiver forms and I was taken to my chest and back pain call out. At which time Dr. Hearn snapped at me for asking for help and put me out of office for complaintings of pains.

page 5

ı Continue                                                                ı

One wrote Nursing Officer, Paula Milwee, who responded back, stating Doctor hearn had seen me for all conditions and ı was foundt to have no medical problems. Yet neither party ever 'scheduled a(MRI) testing or saw to my back(MRI) i presented showing proof of my (3) three bulging Disc.

I am still denied medicall help or adequate medical attention and am now being punished ı For steve Hayden Falsifying a malice thought, throught write up against me, At which ı was denied to call any of my witnesses to show False stations of Mr.Hayden operations.

ı One asks to be seen by an expect for my back and chest pains and to be reimbursed for my sickcalls over Feeings, and also awarded Compensatory damages of the amount of (Six)#6,000,00 (6) thousand dollars, and punitive damages in the amount of #54,000, Fifty-four. thousand dollars from each party defendant. In their Individual and official Capacity -

page 6

WITNESSES,

Sergeant Ford
690 Bell Hill Road
Homer, LA 71040

Master Sergeant
Edward Luis
670 Bell Hill Road
Homer, LA 71640
Master Sergeant
Demarcus Shelton
690 Bell Hill Road
Homer, LA 71640
Transferred

Many witnesses especially inmates are afraid to sign anything do to openly retaliations of being placed on lock down.

I declare under penalty of perjury that the foregoing is true and correct that happened at David Wade Correctional Center from (2014) to (2015)

X Fredrick Ross # 498034
09/28/2015

page 8

"Plaintiff's
  WITNESSES"

CLIFton Williams #397336
  670 Bell Hill Rd
Homer, LA 71040


Edrich Harris #449008     Other address
670 Bell Hill Rd          1904 Vivian Street
Homer, LA 71040           Shreveport, LA 71108
                          (318) 631-8519


Edward Zacharias #548278
  670 Bell Hill Rd
Homer, LA 71040


Timothy Timmons #437279
670 Bell Hill Rd
Homer, LA 71040


Lieutenant Hill
670 Bell Hill Rd
Homer, LA 71040



page "7"