UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

FREDERICK R. ROSS                    CIVIL ACTION NO. 15-cv-2148

VERSUS                               JUDGE FOOTE

ROBERT RACHAL, ET AL                 MAGISTRATE JUDGE HORNSBY

# ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's **Motion for Temporary Restraining Order (Doc. 27)** is **denied.**

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 29th day of August, 2016.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE